IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICKY JOHN HUBBARD,<br>　　　Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§ | CAUSE NO.:   4-13-CV-112-Y |
| MIDLAND CREDIT MANAGEMENT, INC.<br>MIDLAND FUNDING LLC<br>ENCORE CAPITAL GROUP, INC.<br>FULTON FRIEDMAN & GULLACE, LLP<br>JOHNETTA LANG<br>LOW & MORGAN PLLC<br>M. KIP MORGAN<br>JOSHUA SMITH<br>JOHN DOE, ATTORNEY<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**<u>AMENDED CERTIFICATE OF SERVICE FOR DEFENDANT FULTON FRIEDMAN & GULLACE, LLP, JOHNETTA LANG LOW & MORGAN PLLC, M. KIP MORGAN'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT</u>**

　　　This is to certify that a true and correct copy of the foregoing document has been forwarded to Plaintiff via Certified Mail Return Receipt Requested and Regular Mail, and to all other Counsel via ECF on this 28th day of March, 2013 to:

　　　Ricky J. Hubbard
　　　501 Sycamore Lane
　　　Apt. 225
　　　Euless, Texas 76039

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　[Signature Block on Following Page]

**ROBBIE MALONE, PLLC**

/s/ Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
XERXES MARTIN
State Bar No. 24078928
Email: xmartin@rmalonelaw.com
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
(214) 346-2625
(214) 346-2631 FAX
E-mail: rmalone@rmalonelaw.com
*ATTORNEYS FOR DEFENDANT*