**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RICKY JOHN HUBBARD,** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 4:13-CV-112Y** |
| | § | |
| | § | |
| **MIDLAND CREDIT MANAGEMENT,** | § | |
| **INC., MIDLAND FUNDING, LLC,** | § | |
| **ENCORE CAPITAL GROUP, INC.,** | § | |
| **FULTON FRIEDMAN & GULLACE, LLP,** | § | |
| **JOHNETTA LANG, LOW & MORGAN,** | § | |
| **PLLC, M. KIP MORGAN, JOSHUA** | § | |
| **SMITH, ATTORNEY, JOHN DOE,** | § | |
| **ATTORNEY** | § | |

## MIDLAND DEFENDANTS' STATUS REPORT REGARDING SETTLEMENT CONFERENCE

Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc., (the "Midland Defendants"), under this court's order dated August 26, 2013 file this Status Report as it relates to the settlement conference.

On November 14, 2013, Plaintiff and counsel for the Midland Defendants met at McGlinchey Stafford's Dallas office to participate in a settlement conference. Brian Frary, a representative for the Midland Defendants located in San Diego, California, participated in the settlement conference via telephone. The Midland Defendants made a settlement offer to Plaintiff, which was not accepted. The parties are continuing their discussion of potential settlement. The Midland Defendants believe meaningful progress toward settlement was made, and believe there is a possibility the parties could settle before trial.

Respectfully submitted,

**MCGLINCHEY STAFFORD**

BY: */s/* GREGG D. STEVENS
   **GREGG D. STEVENS**
   STATE BAR NO. 19182500
   **AIMEE G. SZYGENDA**
   STATE BAR NO. 24027054
   2711 N. HASKELL AVENUE,
   SUITE 2750, LB 38
   DALLAS, TEXAS 75204
   TELEPHONE: (214) 445-2445
   FACSIMILE: (214) 445-2450
   Email: gstevens@mcglinchey.com
          aszygenda@mcglinchey.com
   ***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I certify that on the 21st day of November, 2013, a true and correct copy of the above and foregoing was served upon counsel of record via the Court's ECF system and to Plaintiff *pro se:*

Ricky J. Hubbard          ***Via CM/RRR 7196 9008 9111 0540 2845***
501 Sycamore Lane, Apt. 225    ***and Via First Class Mail***
Euless, Texas 76039

        */s/* Gregg D. Stevens
        Gregg D. Stevens