IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RICKY JOHN HUBBARD,** | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:13-CV-112Y |
| | § | |
| | § | |
| **MIDLAND CREDIT MANAGEMENT,** | § | |
| **INC., MIDLAND FUNDING LLC,** | § | |
| **ENCORE CAPITAL GROUP, INC.,** | § | |
| **FULTON FRIEDMAN & GULLACE, LLP,** | § | |
| **JOHNETTA LANG, LOW & MORGAN,** | § | |
| **PLLC, M. KIP MORGAN, JOSHUA** | § | |
| **SMITH, ATTORNEY, JOHN DOE,** | § | |
| **ATTORNEY** | § | |

**MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC, AND
ENCORE CAPITAL GROUP, INC.'S NOTICE TO COURT REGARDING DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 37, Defendants Midland Credit Management, Inc., Midland Funding LLC and Encore Capital Group, Inc. (collectively, the "Midland Defendants") file this Notice to the Court regarding its Motion to Compel Discovery (Doc. 37) and shows the court as follows:

1. On December 2, 2103, Plaintiff Ricky Hubbard, contacted the undersigned and stated that he had been ill and that he would supplement his discovery no later than December 6, 2013. The undersigned informed him that would be fine.

2. Given Mr. Hubbard's pro se status, the undersigned requests that the time to inform the court whether its Motion to Compel is moot (Doc. 40) be extended until December 10, 2013.

Respectfully submitted,

By: ___/s/ Gregg D. Stevens_____
    **Gregg D. Stevens**
    State Bar No. 19182500
    **Aimee G. Szygenda**
    State Bar No. 24027054
    **MCGLINCHEY STAFFORD, PLLC**
    2711 N. Haskell Avenue,
    Suite 2750, LB 25
    Dallas, Texas 75204
    Telephone: (214) 445-2406
    Facsimile: (214) 445-2450

    **ATTORNEYS FOR DEFENDANTS, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC AND ENCORE CAPITAL GROUP, INC.**

## CERTIFICATE OF SERVICE

Under Federal Rule of Civil Procedure 5, I certify that a true and correct copy of the foregoing document was sent on December 2, 2013 to:

| | |
|---|---|
| Ricky J. Hubbard<br>Euless, Texas 76039 | *Via First Class Mail and email* |
| *Pro se Plaintiff* | |

    ___/s/ Gregg D. Stevens_____
    Gregg D. Stevens