```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION

RICKY JOHN HUBBARD              §
                                §
VS.                             §  CIVIL ACTION NO. 4:13-CV-112-Y
                                §
MIDLAND CREDIT MANAGEMENT,      §
et al.                          §
```

ORDER GRANTING EXTENSION

On November 5, 2013, Defendants Midland Credit Management, Inc.; Midland Funding LLC; and Encore Capital Group, Inc. (the "Midland Defendants") filed a motion to compel further responses to discovery (doc. 37). The Court issued its *Dondi* order, encouraging the parties to resolve the discovery disputes without Court intervention (doc. 40). The Midland Defendants have filed a notice regarding their efforts to comply with the Court's *Dondi* order (doc. 44) and have requested an extension of time to resolve the remaining disputed matters.

After review, the Court GRANTS the motion. Should the parties completely resolve the discovery disputes, the Midland Defendants must notify the Court no later than **December 10, 2013**, that the motion to compel is moot. If discovery disputes remain, Defendants must file their AMENDED motion to compel, setting out the remaining matters no later than **December 10.** Plaintiff must respond to the amended motion no later than **December 17.**

SIGNED December 4, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

1