```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

RICKY JOHN HUBBARD           §
                             §
VS.                          §   CIVIL ACTION NO. 4:13-CV-112-Y
                             §
MIDLAND CREDIT MANAGEMENT,   §
et al.                       §

## ORDER TO FILE DISMISSAL DOCUMENTS

The notice of settlement (doc. 47) filed January 14, 2014, indicates that all matters in controversy between the parties in the above-styled and -numbered cause have been settled. Accordingly, the parties **must** file an agreed motion to dismiss or a stipulation of dismissal due to settlement no later than **February 14, 2014**.

SIGNED January 15, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE