IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RICKY JOHN HUBBARD § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-112-Y |
| § | |
| MIDLAND CREDIT MANAGEMENT, § | |
| et al. § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal with Prejudice (doc. 49) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against Defendants Midland Credit Management, Inc.; Midland Funding, LLC; and Encore Capital Group, Inc., are hereby DISMISSED WITH PREJUDICE.

Further, pursuant to this Court's order entered on November 13, 2013, Plaintiff's claims against defendants Fulton Friedman & Gullace, LLP; Johnetta Lang; Low & Morgan, PLLC; and M. Kip Morgan are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

SIGNED February 5, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj